IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

WILLIAM ALVIRA RIVERA

DEBTOR(S)

CASE NO. 18-00775-MCF

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 03/20/2018. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: May 29, 2018     PLAN BASE: $8,625.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 12/5/2018

[ ] FAVORABLE          [X] UNFAVORABLE

**1. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):**

1. In order to evaluate for avoidance purposes debtor's sale of a trailer in $5,000 two weeks before his bankruptcy filing, debtor is asked to provide document to review value of the trailer. (2) Inform if debtor is willing to enter into an agreement with trustee, which includes the transferee as well, whereby debtor pays for the value of the trailer. 2. More documentation is needed, besides the Repudiation Deed, in order to evaluate debtor's repudiation of his inheritance interest of his deceased father on April 7, 2017. Has the decedent's estate tax return ("planilla de caudal relicto") been filed? If so, provide copy of said document as it includes a listing of all assets and liabilities. In absence of the mentioned tax return, provide documentation showing all assets and liabilities of the decedent's estate. As to real properties of the deceased father, provide title search to verify liens. Why did debtor execute the Repudiation Deed?

**[X] OTHER:**

1. Debtor is asked to provide bank statements and/or card statements three months before filing in order to review a preferential payments. 2. Part 3.7 of the plan does not specify whether secured creditor CRIM will be paid in full. 3. Pending objection to confirmation by FB at docket #12 and request to be held in abeyance at docket #20 on grounds of debtor's disposable income.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina

Atty: ROBERTO FIGUEROA

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - SR